AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT ARKANSAS

**FILED**
OCT 22 2014
JAMES W. McCORMACK, CLERK
By: _____ Brown _____
DEP CLERK

| | |
|---|---|
| Jennifer Wilcox | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. 4:14cv593-JLH |
| Ozark Health Medical Center, Inc. | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

TownePlace Suites
2009 S National Ave
Springfield MO 65807

My gross pay or wages are: $ __624.00__ , and my take-home pay or wages are: $ __499.00__ per

*(specify pay period)* __month (approximate)__ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☑ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

I was employed by Ozark Health Medical Center in Clinton, Arkansas, until December 2013. My approximate gross wages while employed there were $1468 per month. I have recently, within the past month, become employed by TownePlace Suites in Springfield, Missouri. I expect my gross wages there to be approximately $624 per month.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $_____0.00_____.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

1996 Ford F350, 1990 Jeep Cherokee, 1984 Ford Mustang, 1997 Yamaha FZR - all are inoperable and have no value

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

rent - approx $275/mo (half of total)
utilities - approx $50/mo (half of total)
transportation - approx $100/mo (half of total)
insurance - approx $50/mo (half of total)
phone - approx $45/mo (half of total)
food - approx $100/mo (half of total)
property in AR - approx $200/mo (half of total)

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

SBG - I am his mother. - half

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

We are 2 years into a 10 year rent-to-own agreement on the property where we lived in Arkansas. We had to move to Springfield, Missouri for work and are attempting to keep the property in Arkansas while living in Missouri. The payment on this property is approximately $400 per month (as listed above) and is paid to an escrow account at First Service Bank in Clinton, Arkansas.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:    10/09/2014                                                   *Applicant's signature*

                                                                       Jennifer Wilcox
                                                                       *Printed name*