**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JENNIFER E. WILCOX                                                                                              PLAINTIFF

v.                                                    No. 4:14CV00593 JLH

OZARK HEALTH MEDICAL CENTER, INC.                                                       DEFENDANT

### ORDER

On January 9, 2015, Ozark Health Medical Center, Inc., moved to dismiss Jennifer E. Wilcox's complaint as barred by the period of limitations and because service of summons and complaint was improper. On January 30, 2015, Wilcox filed an amended complaint which attempts to address the issue regarding limitations. The motion to dismiss is denied as moot without prejudice to the right of Ozark Health Medical Center, Inc., to renew its motion in light of the amended complaint. Document #9.

IT IS SO ORDERED this 2nd day of February, 2015.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE