**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JENNIFER E. WILCOX                                                                                          PLAINTIFF

v.                                              No. 4:14CV00593 JLH

OZARK HEALTH MEDICAL CENTER, INC.                                                        DEFENDANT

### ORDER

The plaintiff's motion for an order to refund the filing fee is GRANTED. Document #34. Because the plaintiff was given leave to proceed *in forma pauperis*, the Clerk must refund the filing fee.

Pursuant to the stipulation for dismissal, this action is dismissed without prejudice. Document #33.

IT IS SO ORDERED this 1st day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE